UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TYREE HUDSON,

   Plaintiff,

v.

                               Civil Action No. 6:21-cv-01684-GAP-GJK

MRS BPO, LLC,

   Defendant.

## CERTIFICATE OF INTERESTED PARTIES

Defendant MRS BPO, LLC ("Defendant"), as and for its Certificate of Interested Parties, provides as follows:

1. Any and all persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to any party in the above-captioned case:

   a. Tyree Hudson;

   b. Plaintiff's attorney, The Law Offices of Jibrael S. Hindi, PLLC;

   c. Plaintiff's attorney, Jibrael S. Hindi, Esq.;

   d. MRS BPO, LLC;

   e. Defendant's attorney, The Law Offices of Ronald S. Canter, LLC;

   f. Defendant's attorney, Ronald S. Canter, Esq.; and

   g. Defendant's attorney, Moss & Barnett, P.A.

1

/s/ Ronald S. Canter
Ronald S. Canter, Esq.
Bar # 335045
The Law Offices of Ronald S. Canter, LLC
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
rcanter@roncanterllc.com

*Local address:*
400 S. Dixie Hwy #322
Boca Raton, Florida 33432
*Attorneys for Defendant MRS BPO, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby states that on October 12, 2021 he served the following parties with a copy of the foregoing via e-mail as follows:

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street Suite 1744
Fort Lauderdale, FL 33301
tom@jibraellaw.com
jibrael@jibraellaw.com
*Attorneys for Plaintiff*

/s/ Ronald S. Canter
Ronald S. Canter, Esq.
*Attorneys for Defendant MRS BPO, LLC*