## United States District Court
## Middle District Of Florida
### Orlando Division

TYREE HUDSON,

                Plaintiff,

v.                                  Case No:   6:21-cv-1684-GAP-GJK

MRS BPO, LLC

                Defendant.

_____

### Order

      This cause is before the Court *sua sponte.* Plaintiff was given 14 days to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons and Corporate Disclosure Statement in response to the order regarding case management and deadlines entered October 20, 2021 (Doc. 9). Plaintiff has failed to file the required forms and is hereby **ORDERED TO SHOW CAUSE** by

November 23, 2021, why sanctions should not be imposed, which may include

dismissal of this case, for failure to respond to the Court's order.

     **DONE** and **ORDERED** in Chambers, Orlando, Florida on November 9,

2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party